■ MINERVA PYLE, Appellant, v NEW YORK LIFE INSURANCE COMPANY et al., Respondents. [678 NYS2d 265] —Order, Supreme Court, New York County (Carol Huff, J.), entered December 29, 1997, and judgment, same court and Justice, entered January 30, 1998, unanimously affirmed for the reasons stated by Huff, J., without costs or disbursements. Motions for leave to appeal as a poor person, for sanctions, and other related relief denied. No opinion. Concur—Milonas, J. P., Rosenberger, Ellerin and Rubin, JJ.